1  James D. Boughey, Esq. (SBN 44880)
   Ralph W. Robinson, Esq. (SBN 51436)
2  Rebecca Labat Crosby, Esq. (SBN 221241)
   WILSON, ELSER, MOSKOWITZ,
3  EDELMAN & DICKER LLP
   525 California Street, 17th Floor
4  San Francisco, CA 94105-2725
   Telephone:  (415) 433-0990
5  Facsimile:   (415) 434-1370

6
   Attorneys for Defendants
7  L. PERRIGO COMPANY, erroneously sued as PERRIGO COMPANY, and COSTCO
   WHOLESALE CORPORATION
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12  JULIE TIMMONS,                            )
                                              )
                                              )  Case No.  C 02-1259 VRW
13                    Plaintiff,              )
                                              )
14  v.                                        )  **STIPULATION FOR DISMISSAL AND**
                                              )  [~~PROPOSED~~] **ORDER**
15  PERRIGO COMPANY; COSTCO                   )
    WHOLESALE CORPORATION; and DOES           )
16  1 through 10, Inclusive,                  )
                                              )
17                    Defendants.             )
                                              )
18  _____)

19       It is hereby stipulated by and between the parties to this action, Plaintiff JULIE

20  TIMMONS ("Plaintiff") and Defendants L. PERRIGO COMPANY and COSTCO

21  WHOLESALE CORPORATION ("Defendants") by and through their respective counsel of

22  record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to

23  the Federal Rules of Civil Procedure, Rule 41.

         Each party shall bear its own costs and attorneys' fees in this action.
24
         Pursuant to local rules, this document is being electronically filed through the Court's

STIPULATION FOR DISMISSAL AND ORDER THEREON

1

198696.1

1  ECF System.  In this regard, counsel for Plaintiffs and Defendants hereby attest that (1) the
2  content of this document is acceptable to all persons required to sign the document; (2) counsel
3  for Plaintiffs and Defendants have signed this document; and (3) the signed document is
4  available for inspection upon request.

**SO STIPULATED AND AGREED:**

DATED:  February 14, 2006                    LOPEZ, HODES, RETAINO,
                                             MILMAN & SKIKOS, LLP


                                      By_____/s/ Kathleen Millican_____
                                             Kathleen Millican, Esq.
                                             Attorneys for Plaintiff
                                             JULIE TIMMONS


DATED:  February 15, 2006                    WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER, LLP

                                      By_____/s/ Rebecca Labat Crosby_____
                                             James D. Boughey, Esq.
                                             Ralph W. Robinson, Esq.
                                             Rebecca Labat Crosby, Esq.
                                             Attorneys for Defendants
                                             L. PERRIGO COMPANY and COSTCO
                                             WHOLESALE CORPORATION

**ORDER**

IT IS SO ORDERED.

DATED:   February 22, 2006

*[Signature stamp: IT IS SO ORDERED / Judge Vaughn R Walker / United States District Court, Northern District of California]*

STIPULATION FOR DISMISSAL AND ORDER THEREON

2

198696.1